UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

EDDIE J. COMBS,

       Petitioner,

 v.

JEFFREY A. UTTECHT,

       Respondent.

No. C11-5884/KLS

ORDER DENYING MOTION FOR THE APPOINTMENT OF COUNSEL

Before the Court is Petitioner's motion for the appointment of counsel in this habeas case. ECF No. 7. Petitioner asks for counsel because he cannot afford to employ an attorney. *Id.*

There is no right to have counsel appointed in cases brought under 28 U.S.C. § 2254 unless an evidentiary hearing is required, because the action is civil, not criminal, in nature. See *Terravona v. Kincheloe*, 852 F.2d 424, 429 (9th Cir. 1988); *Brown v. Vasquez*, 952 F.2d 1164, 1168 (9th Cir. 1992); and Rule 8(c) of the Rules Governing Section 2254 Cases in the United States District Courts. An evidentiary hearing has not been granted in this case and Petitioner has not yet demonstrated that an evidentiary hearing is necessary or that he is entitled to one.

Accordingly, it is **ORDERED**:

(1) Petitioner's motion for counsel (ECF No. 7) is **DENIED**.

(2) The Clerk is directed to send copies of this Order to Petitioner.

DATED this  30th  day of January, 2012.

          Karen L. Strombom
          United States Magistrate Judge

ORDER DENYING MOTION FOR COUNSEL - 1