UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| EDDIE J. COMBS,<br><br>      Petitioner,<br><br>v.<br><br>JEFFREY A. UTTECHT,<br><br>      Respondent. | No. C11-5884 RBL/KLS<br><br>ORDER DENYING MOTIONS FOR PERFECTION OF RECORDS |

Before the Court is Petitioner's Motions/Request for Perfection of Records. ECF Nos. 12 and 13. It is entirely unclear what the petitioner seeks by this motion. Petitioner's petition for writ of habeas corpus pending in this Court. The petition has been docketed and will be served on the Respondent. Within forty-five days after service, the Respondent will file and serve an answer and will state whether Mr. Combs has exhausted his available state remedies, whether an evidentiary hearing is necessary and whether there is any issue of abuse of delay. Mr. Combs will have an opportunity to respond.

Accordingly, Petitioner's motions (ECF No. 12 and 13) are **DENIED.**

**DATED** this  30th  day of January, 2012.

                Karen L. Strombom
                United States Magistrate Judge

ORDER - 1