UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| EDDIE J. COMBS,<br><br>Plaintiff,<br><br>vs.<br><br>JEFFREY A. UTTECHT,<br><br>Respondent. | NO. C11-5884 RBL<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Judge Karen L. Strombom, United States Magistrate Judge, ADOPTS the Report and Recommendation and ORDERS the petition for writ of habeas corpus be DISMISSED WITH PREJUDICE for lack of subject matter jurisdiction.

Dated this 4th day of June, 2012.

RONALD B. LEIGHTON
U.S. District Judge